**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES EDWARD SMITH**                                                              **PETITIONER**

**VS.**                                          **5:15-CV-00025 BRW**

**WENDY KELLEY, Director of the**                                       **RESPONDENT**
**Arkansas Department of Correction**

<u>**ORDER**</u>

  I have received the Findings and Recommendation from Magistrate Judge H. David Young

(Doc. No. 10) and the Objections by Petitioner James Edward Smith (Doc. No. 11).

  After a careful, *de novo* review of the record, I adopt as my findings in all respects the

Findings and Recommendation in their entirety.  Accordingly, Mr. Smith's petition for writ of habeas

corpus under 28 U.S.C. § 2254 is dismissed; all requested relief is denied; and a judgment will be

entered for respondent Wendy Kelly.

  A certificate of appealability is also denied.[1]

  IT IS SO ORDERED this 2nd day of April, 2015.


        /s/ Billy Roy Wilson
        UNITED STATES DISTRICT JUDGE

---

[1] See Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District
Courts.