IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES EDWARD SMITH**                                                                                  **PETITIONER**

**VS.**                                     **5:15-CV-00025 BRW**

**WENDY KELLEY, Director of the**                                                                **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Judgment is hereby entered for Respondent Wendy Kelley.  This case is DISMISSED.

IT IS SO ORDERED this 2nd day of April, 2015.


 /s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE